NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: BRAD A. COBLER,**
*Appellant*

---

2018-1995

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/668,369.

---

## JUDGMENT

---

JERRY ROBIN SELINGER, Patterson & Sheridan LLP, Dallas, TX, argued for appellant. Also represented by JAMES BENDER, Greensboro, NC.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, THOMAS L. CASAGRANDE, JOSEPH MATAL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, SCHALL, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| April 15, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |